Commonwealth, Appellant, *v.* Fox.

Argued May 6, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*William S. Kieser,* Second Assistant District Attorney, with him *Allen E. Ertel,* District Attorney, for Commonwealth, appellant.

*John A. Felix,* Assistant Public Defender, with him *Thomas C. Raup,* Public Defender, for appellee.

OPINION PER CURIAM, October 12, 1971:

Order affirmed.

Mr. Justice JONES took no part in the consideration or decision of this case.